1    NOT FOR PUBLICATION

2

3

4

5

6    IN THE UNITED STATES DISTRICT COURT

7    FOR THE DISTRICT OF ARIZONA

8

9    Veniamin Prozorov,                    )    No. CV07-0103-PHX-SRB
                                           )
10              Petitioner,                )    **ORDER**
                                           )
11   vs.                                   )
                                           )
12                                         )
     Philip Crawford, et al.               )
13                                         )
                Respondents.               )
14                                         )
                                           )
15   ─────────────────────────────────────)

16

17        Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241

18   on January 12, 2007.  On March 13, 2007, Respondents filed a Motion to Dismiss advising

     the Court that Petitioner had been deported to the Ukraine on February 23, 2007.  On May
19
     14, 2007, the Magistrate Judge issued his Report and Recommendation recommending that
20
     the petition be dismissed as moot.
21
          In his Report and Recommendation the Magistrate Judge advised the parties that they
22
     had 10 days from the date of service of a copy of the Report and Recommendation within
23
     which to file specific written objections with the Court.   The time to file such objections has
24
     long since expired and no objections to the Report and Recommendation have been filed.
25
          The Court finds itself in agreement with the Report and Recommendation of the
26
     Magistrate Judge.
27

28

1    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge

2   as the order of this Court.

3    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied.

4    IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

5

6    DATED this 11th day of June, 2007.

7

8

9    _____
                        Susan R. Bolton
10                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -